**Order entered April 23, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00504-CV

### IN RE JOHN B. O'BRIEN, Relator

**Original Proceeding from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. PR14-10A**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's petition for writ of mandamus, relator's motion to file documents under seal and relator's motion for temporary relief.

We **GRANT** the motion to file documents under seal to the extent that we permit relator to file under seal the documents previously ordered sealed by the trial court and included in redacted form in pages 308-315 of the mandamus record.

We **ORDER STAYED** the trial court's April 7, 2015 order pending further order of the Court.

Upon review of the petition for writ of mandamus, the Court concludes there is substantial overlap among the issues presented in this case and in *O'Brien v. Baker*, No. 05-15-00489-CV, an interlocutory appeal from the same trial court order. Accordingly, on our own motion, we **CONSOLIDATE** cause number 05-15-00504-CV into cause number 05-15-00489-

CV. We **ORDER** the Clerk of Court to remove all documents from file number 05-15-00504-CV and refile them in cause number 05-15-00489-CV and treat cause number 05-15-00504-CV as a closed case. We **ORDER** that all future pleadings be filed only in cause number 05-15-00489-CV.

Appellant/relator shall file his appellant's brief in in cause No. 05-15-00489-CV in accordance with the briefing schedule for accelerated appeals as provided by the Texas Rules of Appellate Procedure. Appellee/real party in interest Cara Baker, as Executor of the Estate of Kenneth Baker, may file, in cause No. 05-15-00489-CV a single, consolidated response to the petition for writ of mandamus and her appellee's brief in accordance with the briefing schedule for accelerated appeals as provided by the Texas Rules of Appellate Procedure. Respondent, the Honorable Brian Williams, may file a response to the petition for writ of mandamus, if desired, within thirty days of the date of this order.


/s/     LANA MYERS
        JUSTICE